# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MEDICAL SUPPLY CHAIN, INC.,
et al.,
                    Plaintiffs,

      v.                                      Case No. 05-cv-2299-CM-GLR

NOVATION, LLC,
et al.,

                    Defendants.

## ORDER

This matter comes before the Court on the Corrected Motion to Withdraw (doc. 121) filed by Dennis Hawver, counsel for Plaintiff Medical Supply Chain, Inc. Mr. Hawver requests leave to withdraw from representing plaintiff Medical Supply Chain, Inc. ("Medical Supply") in the above-captioned matter in accordance with D. Kan. Rule 83.5.5. Previously, on January 29, 2008, the Court sustained in part and overruled in part Mr. Hawver's first motion to withdraw as to both plaintiffs Medical Supply and Samuel Lapari. The motion was overruled without prejudice as to plaintiff Medical Supply because the "Acknowledgement of Service" signed by Samuel K. Lipari provided no indication that Mr. Lipari is signing on behalf of, or as a representative of, Plaintiff Medical Supply.

The current motion includes a signed Notice of Responsibility of Client that is signed by Samuel K. Lipari, on behalf of plaintiff Medical Supply. The Court will therefore sustain Mr. Hawver's Corrected Motion to Withdraw. Attorney Dennis Hawver is hereby withdrawn as counsel for Plaintiff Medical Supply.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 4th day of March, 2008.

s/ Gerald L. Rushfelt<br>
Gerald L. Rushfelt<br>
United States Magistrate Judge